

# NUMBER 13-19-00593-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF M.W., A CHILD

## On Appellee's First Motion for Extension of Time to File Brief.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This is an appeal of a final order terminating parental rights. The brief of appellee, the Department of Family and Protective Services, was due to be filed on January 27, 2020. Appellee has filed a motion for extension of time seeking twenty days of additional time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate

appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, it is the policy of this Court to limit extensions of time to file a brief to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before Tuesday, February 18, 2020. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

It is so ORDERED.

PER CURIAM

Delivered and filed the
29th day of January, 2020.